1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  SIRIA L. GUTIERREZ
   Nevada Bar No. 11981
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendants*
7  *Sam's West, Inc. (also erroneously sued as Sam's Club #6382)*
   *and Sam's Real Estate Business Trust*

8              UNITED STATES DISTRICT COURT
9                   DISTRICT OF NEVADA

10
11  TAMERA PEREZ,                        Case No.: 2:12-cv-00465-GMN-CWH

12           Plaintiff,                  **STIPULATION AND ORDER FOR**
                                         **DISMISSAL WITH PREJUDICE**
    v.

13  SAM'S WEST, INC., d/b/a SAM'S CLUB,
14  SAM'S #6382, SAM'S REAL ESTATE
    BUSINESS TRUST, and DOE DEFENDANTS
15  I through X, and ROE CORPORATIONS I
    through X inclusive,

16           Defendants.

17       IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective
18
19  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

20  //
21  //
22  //
23  //
24  //
25  //
26
27  //
28

- 1 -

party's own costs and attorney's fees.

DATED this 10 day of Dec., 2012.

SHUMWAY VAN & HANSEN

_____
Kevin Hansen, Esq.
Nevada Bar No. 6336
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
(702) 478-7770

*Attorneys for Plaintiff*
*Tamara Perez*

DATED this 10th day of December, 2012.

PHILLIPS SPALLAS & ANGSTADT, LLC

_____
Siria L. Gutierrez
Nevada Bar No. 11981
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendants*
*Sam's West, Inc. and*
*Sam's Real Estate Business Trust*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 10th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

PHILLIPS, SPALLAS & ANGSTADT, LLC

/s/ Siria L. Gutierrez
_____
Siria L. Gutierrez, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*Sam's West, Inc. and*
*Sam's Real Estate Business Trust*