1   BRENDA H. ENTZMINGER
    Nevada Bar No. 9800
2   SIRIA L. GUTIERREZ
    Nevada Bar No. 11981
3   **PHILLIPS, SPALLAS & ANGSTADT LLC**
    504 South Ninth Street
4   Las Vegas, Nevada 89101
    (702) 938-1510
5
6
    *Attorneys for Defendants*
7   *Sam's West, Inc. (also erroneously sued as Sam's Club #6382)*
    *and Sam's Real Estate Business Trust*
8
                        UNITED STATES DISTRICT COURT
9
                            DISTRICT OF NEVADA
10

11  TAMERA PEREZ,                          Case No.: 2:12-cv-00465-GMN-CWH

12                Plaintiff,               **STIPULATION AND ORDER FOR
                                           DISMISSAL WITH PREJUDICE**
    v.
13
    SAM'S WEST, INC., d/b/a SAM'S CLUB,
14  SAM'S #6382, SAM'S REAL ESTATE
    BUSINESS TRUST, and DOE DEFENDANTS
15  I through X, and ROE CORPORATIONS I
    through X inclusive,
16
                  Defendants.
17
            IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective
18
    counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that
19
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

                                         - 1 -

party's own costs and attorney's fees.

DATED this 10 day of Dec. , 2012.

SHUMWAY VAN & HANSEN

Kevin Hansen, Esq.
Nevada Bar No. 6336
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
(702) 478-7770

*Attorneys for Plaintiff*
*Tamara Perez*

DATED this 10th day of December, 2012.

PHILLIPS SPALLAS & ANGSTADT, LLC

Siria L. Gutierrez
Nevada Bar No. 11981
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendants*
*Sam's West, Inc. and*
*Sam's Real Estate Business Trust*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 10th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

PHILLIPS, SPALLAS & ANGSTADT, LLC

/s/ Siria L. Gutierrez
_____
Siria L. Gutierrez, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*Sam's West, Inc. and*
*Sam's Real Estate Business Trust*

- 2 -